WEBB, et al. *v.* BONNER

No. 40569          November 18, 1957          98 So. 2d 143

154

*Snow & Covington,* Meridian, for appellant.

*Robert E. Covington, Jr.,* Quitman, for appellee.

ROBERDS, P. J.

This case is controlled by the opinion in T. Heck Webb, d/b/a Mid-State Paving Company, and C. Lavelle Sanford v. Gloria Brock, a minor, by John D. Brock, next friend, No. 40,568, this day decided.

Affirmed.

*Hall, Kyle, Arrington* and *Gillespie, JJ.,* concur.